# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO.  2020 KW 0069

VERSUS

DEREK ANTHONY DUFRENE

**APR 2 8 2020**

In Re:   Derek Anthony Dufrene, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No.  unknown.

---

**BEFORE:  HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.** The right to a speedy trial attaches from the time the defendant becomes an accused by arrest or actual restraint or by formal bill of information or indictment. **State v. Peyronel,** 2009-1049 (La. App. 1st Cir. 12/23/09), 2009 WL 5647219. According to relator, he was never arrested for the offenses at issue.  For these reasons, relator's allegations do not indicate he is being deprived of his right to a speedy trial.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT